384 A.2d 991

Commonwealth v. Smith, Appellant.

608

Argued November 15, 1977. G. Cass, with him A. Bruce Bowden, for appellant; I. Abrams, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.